IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

RECEIVED

2021 SEP 17 P 4: 01

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Stascia D. Palmore
175 Ridgeview Dr
Millbrook, AL 36054
Plaintiff(s),

)
)
)
)
)
)
)
v. Jackson SCLH INC )
Susie B. Jackson )
41 Cooper Ridge Ct )
Defendant(s).
Deatsville, AL 36022

CIVIL ACTION NO.
2:21-cv-623-WKW-SRW

JURY DEMAND (MARK ONE)

☑YES     ☐NO

COMPLAINT

1.  Plaintiff(s)' address and telephone number: 175 Ridgeview Dr Millbrook, Alabama 36054

2.  Name and address of defendant(s): Susie B. Jackson 41 Cooper Ridge Ct Deatsville, AL 36022

3.  Place of alleged violation of civil rights: 125 Foxdale Rd Millbrook, AL 36054

4.  Date of alleged violation of civil rights: January 13, 2021

5.  State the facts on which you base your allegation that your constitutional rights have been violated: I was wrongfully terminated/fired because of my same sex relationship. My character has/was defamed. My employer refused to pay me for the hours worked for the last/final month employed. I did not recieve two pay periods compensation I worked.

1

6.    Relief requested: Compensation for lost wages Jan-Oct 2021 totaling 14,080. Also future lost wages 17,280. Pain and Suffering, Emotional distress, Anguish $5,000 and Punitive Damages $5,000 lawyer fees Total Amount Requested $41,360.00

$41,360.00

Date: September 17, 2021

_____
Stasia D Palmore
Plaintiff(s) Signature

2