IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STASCIA D. PALMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:21-CV-623-WKW |
| | ) [WO] |
| JACKSON SCLH, INC. and | ) |
| SUSIE B. JACKSON, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On January 4, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is dismissed without prejudice.

DONE this 31st day of January, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE